UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :

V.                           :       CRIMINAL NO. 3:05CR00053(AHN)

VICTOR MARRERO               :

## ORDER OF PSYCHIATRIC/PSYCHOLOGICAL EVALUATION
## TO AID THE COURT IN SENTENCING

**WHEREAS** the defendant Victor Marrero, has pled guilty to a violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(ii), and is awaiting sentencing; and

**WHEREAS** this Court desires more information than is otherwise available in order to determine the mental condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. § 3552(b), it is hereby

ORDERED that a study and evaluation be conducted in the local community by qualified consultants under 18 U.S.C. § 3552(b). The evaluation shall include a review of all available psychiatric, psychological, medical and other pertinent records of Mr. Marrero, which records (including the presentence report) shall be made available to the consultants through the United States Probation Office.

The period of the study shall be no more than sixty days. The study shall address the following questions, and any other matters that the professional consultants believe are pertinent to the factors set forth in 18 U.S.C. § 3553(a):

1) Does the defendant suffer from a mental or psychological condition?

2) If so, was that condition causally connected to his participation in the instant offense, or was it a significant contributing factor?

-2-

The report shall include a recommendation of the consultants concerning the sentencing guidelines and policy statements, promulgated by the Sentencing Commission pursuant to 28 U.S.C. § 994(a), that they believe are applicable to the defendant's case.

Signed this 31 day of October, 2006 at Bridgeport, Connecticut.

The Honorable Alan H. Nevas
Senior U.S. District Judge